*Mason*, for plaintiff.
*Johnson*, for defendant.

# GENERAL COURT, MAY TERM, 1799.

## POTTINGER *vs.* HALL.

Trespass Q. C. F. The defendant pleaded *non cul.* and that the freehold was in *Benjamin Hall*, by whose licence he entered, &c. *General replications* and issues joined. Plots were made and returned under a warrant of resurvey issued in the cause.

The Court, in the course of the trial, informed the defendant's counsel, that they could not offer any evidence as to the location of any tract of land, unless such

*(a) Duvall* and *Done*, J. concurring.

MAY 1799.

Pottinger
vs.
Hall.

tract was located on the plots. That as the deeds offered in evidence by the defendant's counsel, conveyed by courses and distances, only parts of the tract of land located on the plots by the defendant, the parts conveyed must be located before the deeds can be read in evidence.

On motion of the defendant's counsel, leave given to add to and amend the plots; a juror was withdrawn, &c. and the cause continued.

*Key* and *T. Buchanan*, for the plaintiff.

*Mason*, *Shaaff* and *Gantt*, for the defendant.